IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DISABILITY RIGHTS MISSISSIPPI**                                                     **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO.: 3:22-cv-142-KHJ-MTP**

**MISSISSIPPI DEPARTMENT OF MENTAL HEALTH**                 **DEFENDANT**

**ORDER**

THIS MATTER is before the Court on Plaintiff's Motion to Restrict Access to Certain Exhibits [4]. In the Motion, Plaintiff asks the Court to restrict access to Exhibits A, B, C, and E of Plaintiff's Complaint [1], making them visible to the parties only. While Plaintiff attempted to redact portions of the exhibits to the Complaint, the redactions were ineffective and the entirety of the redacted text is visible through the black marker.

The Court finds that the Motion should be granted in part and denied in part. As the documents contain information that should not be part of the public record, the Court grants the request to seal Exhibits A, B, C, and E to the Complaint [1] such that access is restricted only to the parties and the Court. However, Plaintiff shall refile these exhibits with the proper redactions in place so that the documents, as redacted, may be available as part of the public record.

IT IS, THEREFORE, ORDERED that the Motion to Restrict Access to Certain Exhibits [4] is GRANTED in part and DENIED in part as set forth herein.

SO ORDERED this the 16th day of March, 2022.

                                                       s/Michael T. Parker
                                                       UNITED STATES MAGISTRATE JUDGE