UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DISABILITY RIGHTS MISSISSIPPI                                        PLAINTIFF

VS.                                             CIVIL ACTION NO. 3:22-cv-142-KHJ-MTP

MISSISSIPPI DEPARTMENT OF MENTAL HEALTH                  DEFENDANT

AGREED ORDER OF DISMISSAL WITH PREJUDICE

This case is before the Court on the Joint Motion to Dismiss with Prejudice [9] filed by Plaintiff Disability Rights Mississippi and Defendant Mississippi Department of Mental Health, representing to the Court that all claims between them in this matter have been resolved. Having considered the motion, the Court finds that it is well-taken and should therefore be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims and causes of action that were or could have been asserted against Defendant Mississippi Department of Mental Health in this matter are hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 24th day of June, 2022.

*/s Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

/s/ Greta Kemp Martin
GRETA KEMP MARTIN, MSB No. 103672
*Attorney for Plaintiff Disability Rights Mississippi*

/s/ Jackie R. Bost, II
JACKIE R. BOST, II, MSB No. 102909
*Attorney for Defendant Mississippi Department of Mental Health*